IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAURICE A. SMITH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-646-bbc

PAMELA WALLACE, GARY HAMBLIN,
WAYNE COWAN, TURNER WALLACE,
MS. PARR, ROBERT HOFKES, DEPUTY
WARDEN NELSON and MS. PETERSON,

    Defendants.

This action came for consideration before the court with Honorable Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed and dismissing Gary Hamblin, Ms. Parr and Ms. Peterson, granting summary judgment in favor of Pamela Wallace, Wayne Cowan, Turner Wallace, Robert Hofkes and Deputy Warden Nelson, and dismissing this case.

```
        s/ Peter Oppeneer                    3/20/2013
```
    Peter Oppeneer, Clerk of Court           Date